| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 22-18939 / MBK**

Kenneth E. Gillespie

Petition Filed Date: 11/10/2022
341 Hearing Date: 12/08/2022
Confirmation Date: 01/11/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/06/2022 | $1,000.00 | 28456346452 | 12/06/2022 | $1,000.00 | 28456346463 | 12/06/2022 | $553.71 | 28456346474 |
| 01/05/2023 | $1,000.00 | 28574490576 | 01/05/2023 | $1,000.00 | 28574490565 | 01/05/2023 | $560.31 | 58574490587 |
| 02/10/2023 | $1,000.00 | 28647253012 | 02/10/2023 | $600.00 | 28647253023 | 02/10/2023 | $1,000.00 | 28647253001 |
| 03/09/2023 | $600.00 | 28710452564 | 03/09/2023 | $1,000.00 | 28710452553 | 03/09/2023 | $1,000.00 | 28710452542 |

**Total Receipts for the Period: $10,314.02    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $10,314.02**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Kenneth E. Gillespie | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | ADAM SCHNEIDER, ESQ<br>»» AMENDED DISCLOSURE 11/15/22 | Attorney Fees | $3,750.00 | $3,750.00 | $0.00 |
| 1 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC<br>»» P/2922 W BANGS AVE | Mortgage Arrears | $127,783.10 | $995.81 | $126,787.29 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $4,503.80 | $0.00 | $4,503.80 |
| 3 | TIFFANY ENCARNACION | Support Arrears | $0.00 | $0.00 | $0.00 |
| 4 | WELLS FARGO BANK, NA | Unsecured Creditors | $2,948.25 | $0.00 | $2,948.25 |

**Chapter 13 Case No. 22-18939 / MBK**

| **SUMMARY** | | | |
|---|---|---|---|
| Summary of all receipts and disbursements from date filed through 3/13/2023: | | | |
| Total Receipts: | $10,314.02 | Plan Balance: | $144,105.69 ** |
| Paid to Claims: | $4,745.81 | Current Monthly Payment: | $2,574.00 |
| Paid to Trustee: | $742.61 | Arrearages: | ($38.31) |
| Funds on Hand: | $4,825.60 | Total Plan Base: | $154,419.71 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.