Office Mailing Address:  
Albert Russo, Trustee  
PO Box 4853  
Trenton, NJ  08650-4853

Send Payments **ONLY** to:  
Albert Russo, Trustee  
PO Box 933  
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024  
**Chapter 13 Case No. 22-18939 / MBK**

Kenneth E. Gillespie

Petition Filed Date: 11/10/2022  
341 Hearing Date: 12/08/2022  
Confirmation Date: 01/11/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/05/2023 | $1,000.00 | 28574490576 | 01/05/2023 | $1,000.00 | 28574490565 | 01/05/2023 | $560.31 | 58574490587 |
| 02/10/2023 | $1,000.00 | 28647253012 | 02/10/2023 | $600.00 | 28647253023 | 02/10/2023 | $1,000.00 | 28647253001 |
| 03/09/2023 | $600.00 | 28710452564 | 03/09/2023 | $1,000.00 | 28710452553 | 03/09/2023 | $1,000.00 | 28710452542 |
| 04/10/2023 | $600.00 | 28710468448 | 04/10/2023 | $1,000.00 | 28710468437 | 04/10/2023 | $1,000.00 | 28710468426 |
| 05/08/2023 | $1,000.00 | 28710457582 | 05/08/2023 | $1,000.00 | 28710457593 | 05/08/2023 | $600.00 | 28710457604 |
| 06/06/2023 | $1,000.00 | 28781714002 | 06/06/2023 | $1,000.00 | 28781714013 | 06/06/2023 | $600.00 | 28781714024 |
| 07/07/2023 | $1,000.00 | 28925291362 | 07/07/2023 | $1,000.00 | 28925291373 | 07/07/2023 | $600.00 | 28925291384 |
| 07/27/2023 | $600.00 | 28925283317 | 07/27/2023 | $1,000.00 | 28925283306 | 07/27/2023 | $1,000.00 | 28925283295 |
| 08/22/2023 | $1,000.00 | 28984900037 | 08/22/2023 | $1,000.00 | 28984900048 | 08/22/2023 | $600.00 | 28984900050 |
| 10/04/2023 | $1,000.00 | 29029803761 | 10/04/2023 | $1,000.00 | 29029803772 | 10/04/2023 | $600.00 | 29029803783 |
| 10/31/2023 | $600.00 | 29029802354 | 10/31/2023 | $1,000.00 | 29029802343 | 10/31/2023 | $1,000.00 | 29029802332 |
| 11/28/2023 | $1,000.00 | 29154877661 | 11/28/2023 | $1,000.00 | 29154877672 | 11/28/2023 | $600.00 | 29154877683 |
| 12/27/2023 | $600.00 | 29029818701 | 12/27/2023 | $1,000.00 | 29029818688 | 12/27/2023 | $1,000.00 | 29029818690 |

**Total Receipts for the Period: $33,760.31    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $36,314.02**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Kenneth E. Gillespie | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | ADAM SCHNEIDER, ESQ<br>»»  AMENDED DISCLOSURE 11/15/22 | Attorney Fees | $3,750.00 | $3,750.00 | $0.00 |
| 1 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC<br>»»  P/2922 W BANGS AVE | Mortgage Arrears | $127,819.94 | $27,450.81 | $100,369.13 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $4,503.80 | $0.00 | $4,503.80 |
| 3 | TIFFANY ENCARNACION | Support Arrears | $0.00 | $0.00 | $0.00 |
| 4 | WELLS FARGO BANK, NA | Unsecured Creditors | $2,948.25 | $0.00 | $2,948.25 |

**Chapter 13 Case No. 22-18939 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $36,314.02 | Plan Balance: | $118,105.69 ** |
| Paid to Claims: | $31,200.81 | Current Monthly Payment: | $2,574.00 |
| Paid to Trustee: | $2,729.01 | Arrearages: | ($298.31) |
| Funds on Hand: | $2,384.20 | Total Plan Base: | $154,419.71 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.



**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**